
FILED
DISTRICT OF WYOMING
U S DISTRICT COURT

MAR 19

U.S. MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| UNITED STATES OF AMERICA | ☑ Violation Notice ☐ Information ☐ Complaint |
|---|---|
| Plaintiff | |
| vs | Case Number 5:18PO86-MLC |
| MARK B. WOLF | |
| Defendant | |

Violation Charged
1) Trespassing, tampering, vandalism - obstruction of roadway
2) Interfere with agency function
3) Closure violation

Citation Number  7344912
7344913
7344914

Date Violation Notice Issued   March 16, 2018       Place   YNP - Stephen's Creek Road

## PETTY OFFENSES/MISDEMEANORS - PROCEEDINGS SHEET

Time 11:24 - 11:46                     Interpreter No
Date March 19, 2018                    Interpreter Telephone

Before the Honorable Mark L. Carman

| Karen Angermeier | | FTR |
|---|---|---|
| Clerk | Probation | Reporter |
| F. Lee Pico | | |
| Asst. U.S. Attorney | JAG Officer | Marshal |

☐ Failed to appear       Warrant issued on
☑ Appeared   ☑ By telephone
          ☐ Voluntarily   ☑ In Custody
☐ Defendant filed financial affidavit and is informed of consequences if any false information is given

☐ Attorney appearing
                ☐ FPD    ☐ PANEL-CJA    ☐ RETAINED
☐ Attorney waived

☑ Court orders case continued to   Apr 4, 2018    at 1:30 p.m.
     reason:   Arraignment

☑ Bail is set at  $2,500.00
          ☒ Unsecured    ☐ Cash/Surety    ☐ P/R-No Amount
☑ Conditions of release
          obey all laws, banned from Yellowstone National Park during period of bond except for
          future court hearings, provide Court with current contact information, appear at all court

WY 59                                                          Revised 03/07/2018

Petty Offenses/Misdemeanors Minute Sheet
5:18PO86-MLC

proceedings

| COMPLETE THIS SECTIONS FOR ALL CLASS A MISDEMEANOR CASES: |
|---|
| ☐ Defendant advised of the right to trial, judgment, and sentencing by a District Judge (Class A Misdemeanor). |
| ☐ Defendant consents to proceed before the Magistrate Judge and expressly and specifically waives trial, judgment, and sentencing by a District Judge (Class A Misdemeanor). |
| This consent was made ☐ orally ☐ in writing |

☑ Informed of charges and rights    Date March 19, 2018
☑ Defendant arraigned                Date March 19, 2018
☑ Court accepts plea                 Defendant enters ☑ Not Guilty Plea    ☐ Guilty
☐ Trial     Witnesses

☐ Disposition
    ☐ Not Guilty
    ☐ Guilty
    ☐ Dismissed
    ☐ Collateral Forfieted
    ☐ *Nolo Contendere*
☐ PSI ordered
☐ Sentence     Date
☐ Imposition of jail sentence suspended
☐ Committed to custody for a period of
☐ Probation for a period of
    ☐ With Supervision     ☐ Without Supervision
☐ Special Conditions of Probation

☐ Fine                     Payable
☐ Restitution              To
☐ Community Service        To
☐ Special Assessment
☐ Processing fee: $
☐ Defendant advised of right to appeal
☑ Other   defendant will ask for court appointed counsel and plead not guilty. Judge will not grant due to being class B misdemeanor and government not seeking jail time but will allow time for defendant to consult counsel.